

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00479-CV

Ex parte R.A.L., Jr.,

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019W0563
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Texas Department of Public Safety is appealing the trial court's order granting appellee's petition for expunction of records. The court reporter has filed a notification of late record stating the trial judge signed the order without holding a hearing, so no record was made. It is therefore ORDERED that the appellate record is complete, and appellant's brief must be filed no later than thirty days from the date of this order.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court